UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MINOO STANLEY,

        Plaintiff,

        v.

TARGET CORPORATION,

        Defendant.

                                /

NO. CIV. 2:11-01246 WBS EFB

ORDER OF RECUSAL

----oo0oo----

        Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Target Corporation.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        IT IS FURTHER ORDERED that any previous orders issued

1

by the undersigned judge in this case are hereby VACATED and SET ASIDE, and any dates previously set by the undersigned judge in this case are hereby VACATED.

DATED: <u>July 1, 2011</u>

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE