1  JACKSON LEWIS LLP
   JAMES T. JONES, SBN 167967
2  DOUGLAS M. EGBERT, SBN 265062
   801 K Street, Suite 2300
3  Sacramento, California 95814
   Telephone: (916) 341-0404
4  Facsimile: (916) 341-0141
   Email: JonesJ@jacksonlewis.com
5  Email: egbertd@jacksonlewis.com

6  Attorneys for Defendant
   TARGET CORPORATION
7

8  ALAN ADELMAN, ESQ.  BAR NO: 170860
   LAW OFFICES OF ALAN ADELMAN
9  240 Stockton Street, 9th Floor
   Union Square
10 San Francisco, California 94108
   Telephone: (415) 956-1360
11 Facsimile: (415) 625-1339

12
   ELIZABETH S. MANCL, ESQ., BAR NO.: 191844
13 508 Forbes Avenue, 2nd Floor South
   Yuba City, California 95991
14 Telephone: (530) 751-1695
   Facsimile: (530) 751-2384
15

16 Attorneys for Plaintiff
   MINOO STANLEY

17

18                    UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

20 MINOO STANLEY,                    | Case No. 2:11-CV-01246-JAM-EFB
21         Plaintiff,                |
22    v.                             | **STIPULATION FOR DISMISSAL WITH PREJUDICE**
23 TARGET CORPORATION,               |
                                     | **[F.R.C.P. 41(a)(1)(ii)]**
24         Defendant.                |
                                     | Complaint Filed: May 9, 2011
25                                   | Trial Date: October 29, 2012
26
27
28

1

Stipulation for Dismissal with Prejudice

*Stanley v. Target Corporation*
USDC-Eastern, Case No. 2:11-cv-01246

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule
2  41(a)(1)(ii)of the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed
3  with prejudice, each party to bear its own attorney's fees and costs.

5  DATED: July 28, 2012        LAW OFFICE OF ELIZABETH S. MANCL

7                   By:   /s/ Elizabeth S. Mancl
                          Elizabeth S. Mancl
8                         Attorneys for Plaintiff, SADIE MARVIN

10 DATED: July 28, 2012        JACKSON LEWIS LLP

13                  By:/s/ Douglas M. Egbert
                       Douglas Egbert
14                     Attorneys for Defendant, TARGET CORPORATION

16  **IT IS SO ORDERED.**

19  Dated:  8/13/2012
                         /s/ John A. Mendez
20                        UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com