1  JACKSON LEWIS LLP
   JAMES T. JONES, SBN 167967
2  DOUGLAS M. EGBERT, SBN 265062
   801 K Street, Suite 2300
3  Sacramento, California 95814
   Telephone: (916) 341-0404
4  Facsimile: (916) 341-0141
   Email: JonesJ@jacksonlewis.com
5  Email: egbertd@jacksonlewis.com

6  Attorneys for Defendant
   TARGET CORPORATION
7

8  ALAN ADELMAN, ESQ.  BAR NO: 170860
   LAW OFFICES OF ALAN ADELMAN
9  240 Stockton Street, 9th Floor
   Union Square
10 San Francisco, California  94108
   Telephone: (415) 956-1360
11 Facsimile: (415) 625-1339

12
   ELIZABETH S. MANCL, ESQ., BAR NO.: 191844
13 508 Forbes Avenue, 2nd Floor South
   Yuba City, California 95991
14 Telephone: (530) 751-1695
   Facsimile: (530) 751-2384
15

16 Attorneys for Plaintiff
   MINOO STANLEY

17

18                    UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

20 | MINOO STANLEY, | Case No. 2:11-CV-01246-JAM-EFB |
|---|---|
21 | Plaintiff, | |
22 | v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
23 | TARGET CORPORATION, | [F.R.C.P. 41(a)(1)(ii)] |
24 | Defendant. | Complaint Filed:  May 9, 2011 |
25 |  | Trial Date:  October 29, 2012 |

26

27

28

                                    1

Stipulation for Dismissal with Prejudice                *Stanley v. Target Corporation*
                                                        USDC-Eastern, Case No. 2:11-cv-01246

PDF created with pdfFactory trial version www.pdffactory.com

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii)of the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED: July 28, 2012          LAW OFFICE OF ELIZABETH S. MANCL


                              By:   /s/ Elizabeth S. Mancl
                                  Elizabeth S. Mancl
                                  Attorneys for Plaintiff, SADIE MARVIN


DATED: July 28, 2012          JACKSON LEWIS LLP


                              By:/s/ Douglas M. Egbert
                                  Douglas Egbert
                                  Attorneys for Defendant, TARGET CORPORATION


**IT IS SO ORDERED.**


Dated:  8/13/2012
                                  /s/ John A. Mendez
                                  UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com